# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT ASHLAND

CRIMINAL ACTION NO. 17-10-DLB-EBA-2
CIVIL ACTION NO. 19-79-DLB-EBA

UNITED STATES OF AMERICA                                               PLAINTIFF

v.             **ORDER ADOPTING REPORT AND RECOMMENDATION**

DEMETRE MAURICE BROWN-LOVELACE                          DEFENDANT

\*\ \*   \*\ \*   \*\ \*   \*\ \*   \*\ \*   \*\ \*   \*\ \*   \*\ \*

This matter is before the Court upon the December 12, 2019 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 231), wherein he recommends that Defendant's Motion for Relief from Judgment (Doc. # 212) be denied as moot, and Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 214) be denied.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 231) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) The Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 214) is hereby **DENIED**;

(3) The Defendant's Motion for Relief from Judgment (Doc. # 212) is hereby **DENIED AS MOOT**;

(4) For the reasons set forth in the Magistrate Judge's R&R (Doc. # 231), the Court determines that there would be no arguable merit for an appeal in this matter, and therefore, **no certificate of appealability shall issue**; and

(5) A separate Judgment will be filed concurrently herewith.

This 23rd day of January, 2020.

Signed By:
*David L. Bunning* DB
United States District Judge